Brian Keith Edwards
#1713824
Boyd Unit
206 Spur 113
Teague, Tx. 75860
June 13, 2016

82,234-02,03

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 16 2016

Abel Acosta, Clerk

Abel Acosta, Clerk

RE: Ex parte Brian Keith Edwards Cause No. 14427-B
    WR-82,234-02

Mr. Acosta

    Sir could you please tell me the (Status) of these two filings that I mailed to your office on these dates.

(1.)   Original Application For Writ of Mandamus dated (May 16, 2016).

(2.)   Suggestion For Reconsideration Of An Application For A Writ of Habeas Corpus Seeking Relief From Final Felony Conviction Under Code of Criminal Procedure, Article 11.07 dated (May 26, 2016).

    As of today I have not heard anything on them. All help in this matter is greatly appreciated.

CC: file
    Abel Acosta, Clerk
    Court of Criminal Appeals

Sincerely,

Brian Keith Edwards